IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| LARNETTA WATSON<br><br>                Plaintiff,<br>v.<br><br>VICTORIA'S SECRET STORES, LLC, , and JANE DOE,<br><br>                Defendants. | Civil Action No. 3:23CV200 |

**NOTICE OF REMOVAL**

      Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446 and the applicable Local Rules of the United States District Court for the Eastern District of Virginia, Defendant Victoria's Secret Stores, LLC ("VSS"), by counsel, hereby removes this action from the Circuit Court for the County of Henrico, Virginia to the United States District Court for the Eastern District of Virginia, Richmond Division. In support thereof, Defendant states and avers as follows:

      1.      On or about August 10, 2022, Plaintiff Larnetta Watson issued a Warrant in Debt for money damages in the General District Court for Henrico County, Virginia, against Defendants. A true and correct copy of the Warrant in Debt is attached hereto as **Exhibit "A"**. On or about October 28, 2022, Plaintiff Larnetta Watson filed a Bill of Particulars in the General District Court for Henrico County. A true and correct copy of the Bill of Particulars is attached hereto as **Exhibit "B"**. On or about November 2, 2022, Defendant Victoria's Secret Stores, LLC filed a Grounds of Defense with the General District Court for Henrico County. A true and correct copy of the Grounds of Defense is attached hereto as **Exhibit "C"**. On or about February 28,

2023, Plaintiff submitted an Agreed Order of Transfer to the Circuit Court with the General District Court for Henrico County wherein the matter was transferred to the Circuit Court for the County of Henrico and the *ad damnum* provisions in the Complaint were increased from $50,000 to $250,000. A true and correct copy of the Agreed Order of Transfer to the Circuit Court is attached hereto as **Exhibit "D"**. The Order was entered on March 6, 2023.

2. The documents attached as Exhibit "A", "B", "C", and "D" constitute all of the process and pleadings served and filed in the State Action to date, pursuant to 28 U.S.C. § 1446(a).

3. A copy of the Warrant in Debt was served upon VSS on August 15, 2022, and the Agreed Order was entered on March 6, 2023.

4. This Notice of Removal ("Notice") is filed in the United States District Court for the Eastern District of Virginia, Richmond Division, within the district and division embracing the place where the State Action was filed, as required by 28 U.S.C. §§ 1332 and 1441(a).

5. Plaintiff is a citizen of the Commonwealth of Virginia.

6. VSS is a Delaware limited liability company with its principal place of business in Ohio. VSS is not a resident of Virginia. VSS is a wholly owned subsidiary of IB US Retail Holdings, Inc., a Delaware corporation with its principal place of business in Ohio. For purposes of removal, neither VSS nor IB US Retail Holdings, Inc. are citizens of Virginia.

7. Therefore, complete diversity of citizenship exists between Plaintiff and VSS.

8. In her Bill of Particulars, Plaintiff alleges injuries and damages as a result of the incident that occurred on December 28, 2020. *See* Ex. B ¶¶ 2-6. In the Agreed Order of Transfer to the Circuit Court, Plaintiff amends her prayer for relief from $50,000 to $250,000. *See* Ex. D. Consequently, Plaintiff's damages are in excess of $75,000 pursuant to 28 U.S.C. § 1446(c)(3)(A).

9. This Notice is timely as it is being filed within thirty (30) days of filing of the Agreed Order of Transfer to the Circuit Court. *See* 28 U.S.C. § 1446(b)(3).

10. The undersigned has served a Notice of Filing the Notice of Removal of this action on Plaintiff by serving her counsel and will also file a copy of this Notice and all attachments thereto with the General District Court for Henrico County, Virginia.[1] A copy of the Notice of Filing of the Notice of Removal is attached hereto as Exhibit "E."

11. Defendant has satisfied all procedural requirements with respect to diversity of citizenship, amount in controversy and timing; therefore, removal to this Court is proper. *See* 28 U.S.C. §§ 1332, 1441, and 1446.

WHEREFORE, Defendant respectfully requests this case be entered upon the docket of the United States District Court for the Eastern District of Virginia, Richmond Division, pursuant to 28 U.S.C. §§ 1441 and 1446.

          VICTORIA'S SECRET STORES, LLC

          By: _____s/Joseph M. Moore_____
          Joseph M. Moore (VSB No. 48591)
          MCCANDLISH HOLTON, P.C.
          1111 E. Main Street, Suite 2100
          P.O. Box 796
          Richmond, Virginia 23218-0030
          Tel.: (804) 775-3100
          Fax: (804) 819-1174
          joe.moore@lawmh.com
          *Counsel for Defendant Victoria's Secret*

---

[1] The Notice of Filing has been filed with the General District Court because the Circuit Court has not, and will not, open a new case until Plaintiff files a new Complaint with the Circuit Court.

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

Katherine Carroll
Geoff McDonald & Associates, P.C.
8720 Stony Point Parkway, Suite 250
Richmond, Virginia 23235
kcarroll@mcdonaldinjurylaw.com
*Counsel for Plaintiff*

And I hereby certify that on this 23rd day of March, 2023, I caused a true copy of the foregoing to be sent via U.S. mail to:

Hon. Carol Bowman Kennedy, Clerk
Henrico County General District Court
P.O. Box 90775
4309 E. Parham Road
Henrico, VA 23273-0775

By: _____s/Joseph M. Moore_____
Joseph M. Moore (VSB No. 48591)
McCandlish Holton, P.C.
1111 East Main Street, Suite 2100
P.O. Box 796
Richmond, VA  23218
(804) 775-3100 Telephone
(804) 775-3800 Facsimile
joe.moore@lawmh.com
*Counsel for Defendant*

4