IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LARNETTA WATSON,
        Plaintiff,

v.                                        Civil Action No. 3:23cv200

VICTORIA'S SECRET STORES, LLC
& JANE DOE,
        Defendants.

## FINAL ORDER

On April 20, 2023, the plaintiff, Larnetta Watson, and the defendant, Victoria's Secret Stores, LLC, jointly filed a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 4.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 20 April 2023
Richmond, VA